FILED
 2013 Mar-25 PM 03:32
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ORLANDO PORCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12-cv-00603-IPJ-JEO |
| | ) |
| JAMES BROXTON, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 7, 2013, recommending that defendants' motion for summary judgment on plaintiff's Eighth Amendment failure to protect and failure to intervene claims be granted and this cause be dismissed with prejudice. (Doc. 14.) Plaintiff filed objections on March 19, 2013, in which he merely restates his claims. (Doc. 15.)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for

summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

DONE this the 25th day of March 2013.

_____
INGE PRYTZ JOHNSON
SENIOR U.S. DISTRICT JUDGE